UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15-cr-213-MOC

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| DAVID FAIRCHILD, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Defendant's pro se Motion for Compassionate Release/Reduction of Sentence. (Doc. No. 578).

In its response to the motion, the Government explains that Defendant is scheduled to be transferred to a Residential Reentry Center in February 2022 and released in March 2022. The Government therefore asks the Court to hold this matter in abeyance for 60 days or, if earlier, until Defendant's transfer and release are finalized, at which time the Government will provide confirmation documentation to the Court regarding Defendant's release, which will render Defendant's motion moot.

The Government's request for a stay is **GRANTED**, and this matter is **STAYED** for 60 days or, if earlier, until Defendant's transfer and release are finalized, at which time the Government shall provide confirmation documentation to the Court regarding Defendant's release.

Signed: January 27, 2022

Max O. Cogburn Jr
United States District Judge