UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15-cr-213-MOC

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| vs. | ) |
| | ) ORDER |
| DAVID FAIRCHILD, | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on Defendant's pro se Motion for Compassionate Release/Reduction of Sentence. (Doc. No. 578).

In its response to the motion, the Government explains that Defendant has been released from the custody of the Bureau of Prisons since the filing of his motion. (Doc. No. 621). Therefore, Defendant's pro se Motion for Compassionate Release/Reduction of Sentence, (Doc. No. 578), is **DENIED** as **MOOT**.

**IT IS SO ORDERED**.

Signed: April 14, 2022

Max O. Cogburn Jr
United States District Judge